**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

March 31, 2011

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:    06-33876 Burnett

Dear Clerk:

Enclosed please find check #819798 in the amount of $181.40. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Julia Burnett |
|---|---|---|
|  | Address | 5338 South Salina St. #2 |
|  | Address | Syracuse, NY 13205 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor.
If you have any questions, please advise.

Very truly yours,

*Kristie M Moore*

Kristie M. Moore
Account Clerk

Enc.